UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

NAF, MD,

      Plaintiff,

      v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY n/k/a UNUM,

      Defendant.

Civil Action No. 1:24-cv-05370-SEG

## **MOTION TO PROCEED ANONYMOUSLY**

Comes now the Plaintiff and shows the Court as follows:

1. The simultaneously filed Complaint involves a claim for disability income benefits that have not been paid by Defendant under the terms of a private insurance policy.

2. Plaintiff, NAF, MD is a Board-Certified Radiologist, who continues to practice, albeit on a reduced basis. Accordingly, because the nature of his disability might undermine his professional standing and that of his practice, and because his right to privacy and that of his partners, would be prejudiced by publicly disclosing his identity, Plaintiff respectfully requests this Court's permission to proceed anonymously.

3. Plaintiff, NAF, MD, suffers from Fronto Temporal Dementia (FTD).

4. The case centers around whether or not Plaintiff is partially disabled from his position as a practicing radiologist.

5. Plaintiff is currently partially disabled, but because he is still practicing, he is concerned that his diagnosis will undermine his professional standing and that of his partners.

1

6. In this age of limited privacy and the internet, filing a lawsuit involving the Plaintiff's true name would not respect his privacy. Plaintiff is married with children. He continues to work to the best of his ability, and he hopes to be able to do well into the future. If Plaintiff cannot proceed anonymously, the lawsuit seeking justifiable benefits could mar his privacy and professional standing and the privacy and professional standing of his partners and practice.

7. The case law on subject, namely <u>Roe v. Aware Woman's Center for Choice, Inc</u>. has indicated that where there are issues regarding a personal and intimate nature, a Plaintiff may proceed anonymously. 253 F. 3d 678, 685 (11th Cir. 2001). It is true that anonymous litigation is generally disfavored, but Courts have considerable discretion to permit it. There is no real categorical approach to anonymity and apparently Courts mainly weigh the circumstances of each stated case. It appears that the 11th Circuit asks whether Plaintiff's interest in anonymity outweighs the public's interest in disclosure. <u>Id</u>. In this case, Plaintiff's interest in anonymity does outweigh the public's interest in disclosure.

8. Moreover, the Complaint has been drafted in such a way as to give the Defendant the ability to identify the Plaintiff itself through the use of his individual plan identification number. Therefore, Defendant will not be prejudiced in these circumstances.

WHEREFORE, Plaintiff respectfully asks that the Court grant Plaintiff the right to proceed anonymously since Plaintiff's health is a central issue in this case.

ROGERS, HOFRICHTER & KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, GA 30214
Phone  770-460-1118
Fax    770-460-1920

Dated: Nov. 22, 2024          By:    /s/Heather Karrh
                                     HEATHER KARRH
                                     Georgia Bar No. 408379

        Email  hkarrh@rhkpc.com

        USCHER, QUIAT, USCHER & RUSSO
        A Professional Corporation
        433 Hackensack Avenue, 2nd Floor
        Hackensack, NJ 07601
        Phone  201-342-7100
        Fax    201-342-1810

Dated: Nov. 22, 2024      By:  /s/ Michael E. Quiat
        MICHAEL E. QUIAT
        Atty ID No. 015911985
        Email  mquiat@uqur.com

        ***Attorneys for Plaintiff, NAF, MD***
        (*Pro Hac Vice* Application Forthcoming)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I have served the foregoing Motion with the Complaint of Defendant's registered agents.

        Corporation Service Company
        2 Sun Court, Suite 400
        Peachtree Corners, GA 30092

        ROGERS, HOFRICHTER & KARRH, LLC
        225 S. Glynn Street, Suite A
        Fayetteville, GA 30214
        Phone  770-460-1118
        Fax     770-460-1920

Dated:  Nov.  22, 2024         By:     /s/Heather Karrh
                                                  HEATHER KARRH
                                                  Georgia Bar No. 408379

        USCHER, QUIAT, USCHER & RUSSO
        A Professional Corporation
        433 Hackensack Avenue, 2nd Floor
        Hackensack, NJ 07601
        Phone  201-342-7100
        Fax     201-342-1810

Dated:  Nov. 22, 2024         By:     /s/ Michael E. Quiat
                                                  MICHAEL E. QUIAT
                                                  Atty ID No. 015911985
                                                  (*Pro Hac Vice* Application Forthcoming)

                                                  ***Attorneys for Plaintiff, NAF, MD***